UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

SPARTANBURG DIVISION

UNITED STATES OF AMERICA

vs.                                                                        CASE NO. 7:22CR779-1

MARLON MICHAEL BRUFF

**PLEA**

The Defendant, MARLON MICHAEL BRUFF, acknowledges receipt of a copy of the superseding indictment and pleads GUILTY in open court to counts __1 & 2s__ of the superseding indictment.

_____
(Signed) Defendant

Spartanburg, South Carolina
May 8, 2023